# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **PARKERVISION, INC.,**<br><br>Plaintiff<br><br>v.<br><br>**REALTEK SEMICONDUCTOR CORP.,**<br><br>Defendant | Case No. 6:22-cv-01162-ADA<br><br>JURY TRIAL DEMANDED |

## CASE READINESS STATUS REPORT

Plaintiff ParkerVision, Inc. and Defendant Realtek Semiconductor Corp., hereby provide the following status report.

## SCHEDULE

A scheduling order has not yet been filed.

## FILING AND EXTENSIONS

Plaintiff's Complaint was filed on November 10, 2022 and served on April 11, 2023. There have been no extensions.

## RESPONSE TO THE COMPLAINT

Defendant filed a Motion to Dismiss for Failure to State a Claim on May 11, 2023 (Dkt. 40), and an alternative request to Stay.  Plaintiff filed an Amended Complaint on May 25, 2023 (Dkt. 51).  Realtek filed a Motion to Dismiss the Amended Complaint for Failure to State a Claim on June 8, 2023 (Dkt. 54).

## PENDING MOTIONS

Realtek has filed two Motions that remain outstanding: a Motion to Dismiss the Original Complaint (Dkt. 40), and a Motion to Dismiss the Amended Complaint (Dkt. 54). In Realtek's first Motion to Dismiss, Realtek alternatively requested a stay pending the resolution of ParkerVision's appeal of the PTAB's FWD in IPR2021-00985.

## RELATED CASES IN THIS JUDICIAL DISTRICT

1. *ParkerVision v. TCL Industries Holdings Co., Ltd.*, 6:20-cv-00945 (filed Oct. 12, 2020)

2. *ParkerVision, Inc. v. LG Electronics Inc.*, 6:21-cv-00520 (filed May 22, 2021)

3. *ParkerVision v. TCL Industries Holdings Co., Ltd.*, 6:22-cv-01158 (filed Nov. 7, 2022)

4. *ParkerVision, Inc. v. MediaTek Inc. et al.*, 6:22-cv-01163-ADA (filed Nov. 10, 2022)

5. *ParkerVision, Inc. v. Realtek Semiconductor Corp..*, 6:23-cv-00374-ADA (filed May 16, 2023).

6. *ParkerVision, Inc. v. MediaTek Inc. et al.*, 6:23-cv-00375-ADA (filed May 16, 2023).

7. *ParkerVision, Inc. v. Texas Instruments Inc., 6:23-cv-00384 (filed May 18, 2023)*

8. *ParkerVision, Inc. v. NXP Semiconductors N.V. et al, 6:23-cv-00389 (filed May 19, 2023)*

## IPR, CBM, AND OTHER PGR FILINGS

Challenged claims 1, 12-15 and 17-20 of U.S. Patent No. 7,292,835 were invalidated in IPR2021-00985, which is now on appeal at the Federal Circuit.

## NUMBER OF ASSERTED PATENTS AND CLAIMS

Plaintiff has asserted four patents. The asserted patent(s) are U.S. Patent Nos. 6,049,706; 6,266,518; 7,292,835; and 8,660,513.

## APPOINTMENT OF TECHNICAL ADVISOR

The parties are unopposed to the appointment of a technical advisor to assist the Court with claim construction or other technical issues.

## MEET AND CONFER STATUS

Plaintiff and Defendant conducted a meet & confer. Other than the pending Motions, the parties have no pre-Markman issues to raise at the CMC hearing.

Dated: June 13, 2023            Respectfully Submitted

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
501 Congress Ave, Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**