**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| PARKERVISION, INC.,<br>                Plaintiff,<br><br>v.<br><br>REALTEK SEMICONDUCTOR CORP.,<br>                Defendant. | Case No. 6:22-CV-01162-ADA<br><br>JURY TRIAL DEMANDED |
| PARKERVISION, INC.,<br>                Plaintiff,<br><br>v.<br><br>REALTEK SEMICONDUCTOR CORP.,<br>                Defendant. | Case No. 6:23-CV-00374-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER ON JUNE 6, 2025 DISCOVERY HEARING

On May 30, 2025, the Court held a discovery hearing addressing the issues raised in the pending dispute documents submitted by the parties and made the following rulings on the record:

1. Realtek's request for ParkerVision to supplement its responses to RFA Nos. 1-2 (RTL8811AU), 9-12 (Samsung products), and 13-14 (Qualcomm chips) is **GRANTED**. By June 13, 2025, ParkerVision will take a position on whether these products practice one or more of the Asserted Patents.

2. ParkerVision's request for a 30-day extension on expert reports is **DENIED WITHOUT PREJUDICE**. The parties are **ORDERED** to meet and confer to agree on additional time necessary, if any, for ParkerVision to review the five additional SPICE files produced.

3. Finding that ParkerVision failed to demonstrate good cause to reopen fact discovery which has closed, ParkerVision's request for email discovery is **DENIED**.

4. Given that discovery is closed and the representations of Realtek's counsel at the hearing, ParkerVision's request for laptop searches is **DENIED**.

5. Given that Realtek's counsel has represented that a diligent search for documents has already been conducted, ParkerVision's requests for additional documents and location searches is **DENIED-IN-PART**, but **GRANTED-IN-PART** to require Realtek to produce a sample of the weekly reports and educational training material by June 13, 2025.

6. Discovery has been conducted for over a year with the parties' understanding that the damages period ended in 2020. Therefore, ParkerVision's request for additional discovery beyond 2020 is **DENIED** as untimely, however, no ruling is made on whether claim 2 of the '835 patent should be dismissed from the case.

7. ParkerVision's request for Realtek to search for documents related to FAAMG (Facebook, Amazon, Apple, Meta, and Google) is **DENIED.**

8. ParkerVision's request for Realtek to search for documents related to TP-Link is **DENIED**.

9. ParkerVision's request for 30(b)(6) witness on the meaning of the duty cycle column identified in Realtek's response to Interrogatory No. 6 is **MOOT** given that Realtek agreed to supplement its response to Interrogatory No. 6 to include this information by June 13, 2025.

10. ParkerVision's request for Realtek to supplement its response to Interrogatory No. 24 is **GRANTED-IN-PART**. For each accused chip, Realtek is ordered to include either configurations and associated bit settings or the values of variable components (resistors and capacitors) for each of the accused chips by June 13, 2025.

11. ParkerVision's remaining request for Realtek to produce an additional witness on certain 30(b)(6) topics is **DEFERRED**. If ParkerVision wishes to pursue this request, it shall file a motion by June 9, 2025 requesting an additional or continuation of the 30(b)(6) on the dispute, and Realtek shall have until June 16, 2025to file a response.

**SIGNED** this 12th day of June, 2025.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE