IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC., | § | Civil Action No. 6:22-cv-01162-ADA |
| | § | |
| Plaintiff, | § | Civil Action No. 6:23-cv-00374-ADA |
| | § | |
| v. | § | |
| | § | |
| REALTEK SEMICONDUCTOR CORP., | § | |
| | § | |
| Defendant. | § | **DEMAND FOR JURY TRIAL** |

### JOINT MOTION TO ENTER DISPUTED SCHEDULING ORDER

Pursuant to the Court's Standing Order Governing Proceedings (OGP), Plaintiff ParkerVision, Inc. ("Plaintiff" or "ParkerVision") and Defendant Realtek Semiconductor Corp. ("Defendant" or "Realtek") respectfully submit this Joint Motion to Enter Disputed Scheduling Order. The Parties' respective positions are set forth below, and a side-by-side comparison of the Parties' proposed scheduling order deadlines is set forth in **Exhibit A.**

### Plaintiff's Position:

ParkerVision's proposed case schedule does *not* change the Court-scheduled date for the pretrial conference. ParkerVision prepared its proposed schedule with the current Realtek pretrial and trial dates in place/unchanged and in consideration of *all* deadlines in the Mediatek case, which is scheduled for trial on March 23 ahead of Realtek.

Realtek refers to the OGP as a reason to move the pretrial conference date and surmises that the current date is a typographical error, but it is counsel's understanding that the OGP offers guidance on proposed case schedules and is not binding, and, of course, only the Court knows how it would like to schedule the various trial and pretrial conference dates in the many cases on its docket. Further, that the pretrial conference date is ten days before trial is not uncommon;

undersigned counsel has appeared at pretrial conferences before the Court that were ten days or less before commencement of trial. Lastly, with the Mediatek trial set for the week of March 23 with potential jury deliberations continuing to the next week, Realtek's proposed April 6, 2025 pretrial conference date substantially shortens the amount of time ParkerVision's counsel can then pivot and prepare for the Realtek pretrial conference. The current April 16, 2025 pretrial conference date allows ParkerVision's counsel to prepare for that conference following the conclusion of the Mediatek trial.

In that regard, Realtek claims that its proposed schedule takes into consideration the major deadlines in the Mediatek case to avoid conflicts and overlap. But Realtek's counsel is not on the frontline litigating the case against Mediatek. For example, Realtek proposes December 5 to narrow the claims to triable limits and claims that ParkerVision is not burdened so it proposes December 19 as the deadline for Daubert and summary-judgment motions. But ParkerVision's counsel just returned yesterday from two and a half weeks of Mediatek depositions in Taiwan, with other depositions of Mediatek witnesses in California and Texas, and ParkerVision witnesses in Florida. ParkerVision's counsel must now turn to the preparation of its expert report on infringement, which will involve dozens of claim charts and circuit simulations, and its expert report on damages. Those two expert reports are due December 22, 2025. Scheduling the claim-narrowing and dispositive motion deadlines in the Realtek case for December 5 and December 19 will interfere with, and impair the expert report work ParkerVision must now attend to in the Mediatek case. Scheduling the claim-narrowing and dispositive motion deadlines to December 19 and January 9, as ParkerVision proposes, addresses Realtek's desire to keep the Realtek case moving forward but allows ParkerVision and its counsel to accommodate the deadlines in each case simultaneously. Accordingly, ParkerVision respectfully requests the Court to enter its

proposed schedule.

**Defendant's Position:**

Realtek's proposed schedule is aligned to the Court's default schedule in the OGP. One point of clarification, the current schedule sets the pretrial conference only 10 days before trial instead of 3 weeks before trial as set forth in the OGP. To the extent that this was a typo (setting the date to 4/16/2026 instead of 4/6/2026), Realtek calls this inconsistency to the Court's attention. Either date is fine with Realtek, it is mentioned only as a courtesy to the Court. As to other dates, Realtek's proposal seeks to spread out the significant pretrial and motion dates while taking into consideration ParkerVision's major deadlines in the pending *MediaTek* case (*e.g.*, trial prep and trial). If anything, ParkerVision's proposal (which pushes all major deadlines into the new year) will only create additional conflicts with the *MediaTek* case and force the parties to move out the dates later. By spreading out the dates, Realtek's proposal avoids conflicts and mitigates the possibility of having to revisit the schedule again in the future for both the *Realtek* and *MediaTek* cases. Finally, it should be of no burden to have one substantive date (*i.e.*, dispositive motions) in December given that trial was scheduled for January as late as two weeks ago, which would have compressed all pretrial dates into November and December alone.

DATED: December 2, 2025               Respectfully submitted,


By: *Jason S. Charkow*                          */s/ Mark D. Siegmund*
Raymond W. Mort, III                            Mark D. Siegmund
Texas State Bar No. 00791308                    State Bar No. 24117055
raymort@austinlaw.com                           CHERRY JOHNSON SIEGMUND JAMES PC
THE MORT LAW FIRM, PLLC                         7901 Fish Pond Rd., 2nd Floor
111 Congress Avenue, Suite 500                  Waco, TX 76710
Austin, Texas 78701                             Telephone: 254-732-2242
Tel/Fax: 512-865-7950                           Facsimile: 866-627-3509
                                                msiegmund@cjsjlaw.com
*Of Counsel*:
Ronald M. Daignault (*pro hac vice*)*           Lisa K. Nguyen
Chandran B. Iyer (*pro hac vice*)               PAUL HASTINGS LLP
Jason S. Charkow (*pro hac vice*)*              1117 S. California Ave.
Stephanie Mandir (*pro hac vice*)               Palo Alto, CA 94304
rdaignault@daignaultiyer.com                    Telephone: 650-320-1890
cbiyer@daignaultiyer.com                        lisanguyen@paulhastings.com
jcharkow@daignaultiyer.com
smandir@daignaultiyer.com                       Grace I. Wang (*pro hac vice*)
DAIGNAULT IYER LLP                              PAUL HASTINGS LLP
8618 Westwood Center Drive, Suite               200 Park Ave.
150 Vienna, VA 22182                            New York, NY 10166
                                                Telephone: 212-318-6833
*Attorneys for ParkerVision, Inc.*              gracewang@paulhastings.com
*Not admitted in Virginia
                                                Jeffrey L. Johnson
                                                BAKER BOTTS LLP
                                                910 Louisiana Street
                                                Houston, TX 77002
                                                Telephone: (713) 229-1222
                                                Facsimile: (713) 229-7922
                                                jeffrey.johnson@bakerbotts.com

                                                *Counsel for Defendant*
                                                *Realtek Semiconductor Corp.*

- 4 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 2, 2025 the foregoing was served on all counsel of record by e-mail.

                        By: */s/ Mark D. Siegmund*
                              Mark D. Siegmund