IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| PARKERVISION, INC., | § | Civil Action No. 6:22-cv-01162-ADA |
| | § | |
| Plaintiff, | § | Civil Action No. 6:23-cv-00374-ADA |
| | § | |
| v. | § | |
| | § | |
| REALTEK SEMICONDUCTOR CORP., | § | |
| | § | |
| Defendant. | § | **DEMAND FOR JURY TRIAL** |

## AMENDED SCHEDULING ORDER

Having considering the parties' competing proposals, the Court enters the schedule found in Exhibit A, below.

Signed: December 4, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

**EXHIBIT A**

| Current Deadline | New Deadline | | Item |
|---|---|---|---|
| 8/13/2025 | 12/19/2025 | | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references prior art combinations at issue to triable limits. If it helps the parties determine these limits, the parties are encouraged to contact the Court's law clerk for an estimate of the amount of trial time anticipated per side. The parties shall **file a Joint Report within 5 business days** regarding the results of the meet and confer. |
| 8/29/2025 | 1/9/2026 | | Dispositive motion deadline and *Daubert* motion deadline. See General Issues Note #7 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). Deadline for parties desiring to consent to trial before the magistrate judge to submit Form AO 85, "Notice, Consent, And Reference of A Civil Action To A Magistrate Judge," available at https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge. |
| 12/5/2025 | 1/23/2026 | | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, deposition designations). |
| 12/19/2025 | 2/2/2026 | | Serve objections to pretrial disclosures/rebuttal disclosures. |
| 12/22/2025 | 2/16/2026 | | Parties to jointly email the Court's law clerk (*See* OGP at 1) to confirm their pretrial conference and trial dates. |
| 1/5/2026 | 2/18/2026 | | Serve objections to rebuttal disclosures and file motions *in limine*. |
| 1/16/2026 | 3/4/2026 | | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, deposition designations); file oppositions to motions *in limine*. |

| | | | |
|---|---|---|---|
| 2/11/2026 | 3/12/2026 | | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. Deadline to file replies to motions *in limine*. |
| 2/27/2026 | 4/6/2026 | | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| 3/6/2026 | 4/9/2026 | | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 4/16/2026 | 4/14/2026 | | **Final Pretrial Conference**. Held in person unless otherwise requested. |
| 4/27/2026 | Unchanged | | **Jury Selection/Trial**. |