**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

PARKERVISION, INC.,

Plaintiff,

v.

REALTEK SEMICONDUCTOR CORP.,

Defendant.

Case No. 6:22-cv-01162-CRW
Case No. 6:23-cv-00374-CRW

**JURY TRIAL DEMANDED**

**JOINT MOTION TO EXTEND TIME**
**FOR BRIEFING ON DEFENDANT'S MOTION TO STRIKE**

Plaintiff ParkerVision, Inc. ("ParkerVision") and Realtek Semiconductor Corp. ("Realtek"), by and through its undersigned counsel, respectfully moves to extend the deadline for ParkerVision to respond to Realtek's Motion to Strike Certain Opinions in the Supplemental Expert Reports of Mr. Paul Benoit and Dr. David Ricketts (Dkt. No. 294) from July 14, 2026 (current due date) to July 21, 2026.

The parties also move to extend the deadline for Realtek to file its corresponding reply from July 28, 2026 to August 4, 2026.

Dated: July 9, 2026

Respectfully submitted,

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
rmort@daignaultiyer.com
**DAIGNAULT IYER LLP**
111 Congress Avenue, Suite 500
Austin, Texas 78701
Tel/Fax: 512-865-7950

Ronald M. Daignault (pro hac vice)*
Jason S. Charkow (pro hac vice)*
Scott R. Samay (pro hac vice)*
Chandran B. Iyer (pro hac vice)
Stephanie Mandir (pro hac vice)
Richard Juang (pro hac vice)*
Lisa N. Phillips (pro hac vice)*
Matthew R. Harkins (pro hac vice)*
Taylor Lepore (pro hac vice)*
Anderson To (pro hac vice)*
cbiyer@daignaultiyer.com
jcharkow@daignaultiyer.com
ssamay@daignaultiyer.com
smandir@daignaultiyer.com
rjuang@daignaultiyer.com
lphillips@daignaultiyer.com
mharkins@daignaultiyer.com
tlepore@daignaultiyer.com
ato@daignaultiyer.com
**DAIGNAULT IYER LLP**
8229 Boone Boulevard – Suite 450
Vienna, VA 22182
*Not admitted in Virginia

**ATTORNEYS FOR PLAINTIFF PARKERVISION, INC.**

By: */s/ Mark D. Siegmund*
Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND JAMES PLLC**
The Roosevelt Tower
400 Austin Avenue, 9th Floor
Waco, TX 76701
Telephone: (254) 732-2242
Facsimile: (866) 627-3509
msiegmund@cjsjlaw.com

Lisa K. Nguyen
**PAUL HASTINGS LLP**
1117 S. California Avenue
Palo Alto, CA 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900
lisanguyen@paulhastings.com

Grace I. Wang
**PAUL HASTINGS LLP**
200 Park Avenue
New York, NY 10166
Telephone: (213) 683-6211
Facsimile: (213) 996-3211
gracewang@paulhastings.com

Jeffrey L. Johnson
**BAKER BOTTS LLP**
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-1222
Facsimile: (713) 229-7922
jeffrey.johnson@bakerbotts.com

*Counsel For Defendant*
*Realtek Semiconductor Corp.*