**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

PARKERVISION, INC.,

Plaintiff,

v.

REALTEK SEMICONDUCTOR CORP.,

Defendant.

Case No. 6:22-cv-01162-CRW
Case No. 6:23-cv-00374-CRW

**JURY TRIAL DEMANDED**

**ORDER**

Having considered the Parties' joint motion to extend the due date for the Response and Reply to Defendant Realtek Semiconductor Corp.'s Motion to Strike Certain Opinions in the Supplemental Expert Reports of Mr. Paul Benoit and Dr. David Ricketts, the Court concludes that the motion should be GRANTED.

IT IS HEREBY ORDERED that the deadline for Plaintiff to file its response to Defendant's Motion to Strike is extended until July 21, 2026, and the deadline for Defendant to file its reply is extended to August 4, 2026.

SIGNED this _____ day of _________________, 2026.

________________________________________
HONORABLE CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE